Joshua H. Reisman, Esq.
Nevada Bar No. 7152
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com

Attorneys for Defendant *Med James, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS LOPEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND JOSEPH NOGERA, and individual; KEY INSURANCE COMPANY, a foreign corporation; MED JAMES, INC., a foreign corporation; DOES I through X; and ROE LEGAL ENTITIES I through X,<br><br>Defendants. | CASE NO. 2:25-cv-00721-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME REGARDING DEFENDANT MED JAMES, INC'S REPLIES TO PLAINTIFF'S OPPOSITIONS TO MOTIONS TO DISMISS**<br><br>**(First Request)** |

Plaintiff, Luis Lopez ("Plaintiff") and Defendant, Med James, Inc. ("MJI")[1], by and through their undersigned attorneys, hereby stipulate and agree as follows regarding the briefing schedule in connection with MJI's Motion to Dismiss for Lack of Personal Jurisdiction (ECF 4) and Motion to Dismiss for (1) Failure to State a Claim; and (2) Lack of Subject Matter Jurisdiction (ECF 5) (the "Motions"), both of which were filed on May 6, 2025:

1. Plaintiff's Opposition to MJI's Motion to Dismiss For: (1) Failure to State a Claim; and (2) Lack of Subject Matter Jurisdiction (ECF 8) was filed on May 20, 2025. MJI's Reply, currently due by May 27, 2025, is now due on May 30, 2025;

---

[1] Defendants Raymond Joseph Nogera and Key Insurance Company have not appeared in this action.

1

2. Plaintiff's Opposition to MJI's Motion to Dismiss for Lack of Personal Jurisdiction (ECF 9) was filed on May 20, 2025. MJIs Reply, currently due by May 27, 2025, is now due on May 30, 2025;

3. This is the first request of extension of time regarding the briefing related to MJI's Motions.

4. Good cause for this extension exists because there are numerous issues raised in the briefing and additional time is needed to sufficiently address these issues due to the Memorial Day holiday on Monday, May 26, 2025. Additionally, MJI's counsel has a medical procedure scheduled for Wednesday, May 28, 2025, for which he needs to be sedated.

DATED this 23rd day of May 2025

**REISMAN SOROKAC**

/s/Joshua H. Reisman, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
*Attorneys for Defendant*

DATED this 23rd day of May 2025

**CLEAR COUNSEL LAW GROUP**

/s/ Shea I. Billadeau, Esq.
JARED R. RICHARDS, ESQ. (11254)
SHEA I. BILLADEAU, ESQ. (14481)
1671 West Horizon Ridge Parkway, Suite 200
Henderson, NV 89012
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 05/28/2025