Joshua H. Reisman, Esq.
Nevada Bar No. 7152
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Attorneys for Defendant *Med James, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS LOPEZ, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>RAYMOND JOSEPH NOGERA, an individual; KEY INSURANCE COMPANY, a foreign corporation; MED JAMES, INC., a foreign corporation; DOES I through X; and ROE LEGAL ENTITIES I through X,<br><br>                    Defendants. | CASE NO.: 2:25-cv-00721-RFB-MDC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PERIOD FOR JURISDICTIONAL DISCOVERY AND TIME FOR RESPONDING TO OUTSTANDING WRITTEN DISCOVERY (FIRST REQUEST)** |

Plaintiff Luiz Lopez ("Plaintiff") and Defendant Med James, Inc.[1] ("Defendant"), by and through their undersigned counsel, have met and conferred and, in accordance with Local Rules IA 6-1, IA 6-2, 7-1, and 26-3, jointly present the following stipulation and proposed order:

1.      In its Minute Order filed March 10, 2026 (ECF No. 33), the Court gave the parties 120 days to conduct jurisdictional discovery, beginning on March 13, 2026.

2.      The period for jurisdictional discovery currently ends on July 13, 2026.

3.      Statement specifying discovery completed: On March 24, 2026, Plaintiff served the following written discovery on Defendant: Plaintiff's First Set of Requests for Admissions to Defendant Med James, Inc.; Plaintiff's First Set of Requests for Production of Documents to

---

[1] Defendant Key Insurance Company is not included in this stipulation because the Court has stayed the case as to them. (*See* ECF No. 12.)  Defendant Nogera is not included because he has not appeared in this action.

Defendant Med James, Inc.; Plaintiff's First Set of Interrogatories to Defendant Med James, Inc. (the "Written Discovery").

4. <u>Specific description of the discovery that remains to be completed</u>: Defendant needs to respond to the Written Discovery. Plaintiff also intends to take depositions following the Defendant's responses to the Written Discovery.

5. <u>Reasons why the remaining discovery cannot be completed within the time limits of the jurisdictional discovery period</u>: The parties submit that good cause exists to extend the period for jurisdictional discovery because: (a) the Written Discovery propounded on Defendant is numerous, extensive and detailed; (b) responses thereto require the considerable searching of files and use of manpower; (c) responses are likely to be voluminous; (d) the production involves information that will likely be subject to a negotiated confidentiality agreement and protective order; (e) the production requires coordination with Key Insurance Company, which is currently in receivership; and (f) Plaintiff still intends to take depositions following the Defendant's responses to the Written Discovery.

6. The Parties further submit that, based on the foregoing, good cause also exists to extend Defendant's time for responding to the Written Discovery.

7. <u>Proposed schedule for completing all remaining discovery</u>: Accordingly, the Parties respectfully request that this Court extend the period for completing jurisdictional discovery an additional thirty (30) days from July 13, 2026, to August 12, 2026.

//
//
//
//
//
//
//
//
//

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756

8.      The Parties further respectfully request that this Court extend Defendant's deadline for responding to Plaintiff's Written Discovery an additional thirty (30) days from April 23, 2026, to May 25, 2026.

9.      This is the first stipulation for extension of the jurisdictional discovery period and time to respond to outstanding discovery.

Dated this 22nd day of April, 2026.

/s/*Joshua H. Reisman, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
**REISMAN SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, NV 89123
Telephone: (702) 727-6258
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com
Attorneys for Defendant *Med James, Inc.*

Dated this 22nd day of April, 2026.

/s/ *Jared R. Richards, Esq.*
Jared R. Richards, Esq. (11254)
Shea I. Billadeau, Esq. (14481)
**CLEAR COUNSEL LAW GROUP**
1671 W. Horizon Ridge Pkwy., Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Email: jared@clearcounsel.com
Email: shea@clearcounsel.com
Attorneys for Plaintiff *Luis Lopez*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-24-26 _____

REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Phone: (702) 727-6258 Fax: (702) 4466756

3